IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:14-cv-00261-AWI-MJS** |
| Petitioner, | **ORDER FINDING RESPONDENT IN CIVIL CONTEMPT OF ORDERS FILED JULY 18, 2014, AND OCTOBER 14, 2015** |
| v. | |
| MICHAEL A. GAMBOA, | |
| Respondent. | |

This matter came before me on November 9, 2015, under the Contempt Order To Show Cause filed October 14, 2015. Doc. #16.  Assistant United States Attorney Bobbie J. Montoya and investigating Revenue Officer Michael J. Papasergia were present. Respondent did not file opposition to contempt and did not appear at the show-cause hearing. Based upon the entire record and the oral proceedings, I make the following findings:

1. By Order filed July 18, 2014 (Doc. #10), I enforced an I.R.S. summons issued June 17, 2013, directed to the respondent, Michael A. Gamboa, and seeking testimony, books, records, papers, and other data to aid Revenue Officer Papasergia's efforts to secure information needed to collect assessed federal income taxes for the year ending December 31, 2001.  I ordered respondent to meet with the investigating Revenue Officer within 21 days after the issuance of the Order, or at a later date to be set by the Revenue Officer, and to produce all testimony, books, records, and other data demanded by the I.R.S.

summons issued June 17, 2013.

    2. On August 21, 2014, the Revenue Officer wrote the respondent setting the compliance date for September 17, 2014, at 11:00 a.m., at 4825 Coffee Road, Bakersfield, California.

    3. The respondent did not appear, and he failed to provide the testimony and documents demanded in the summons.

    4. On September 18, 2015, Petitioner filed a Petition Re: Contempt of Order Filed July 18, 2014 (Doc. #14).  The Court's Order filed October 14, 2015 (Doc. #16), required respondent to appear before this Court on November 9, 2015, at 1:30 p.m., and show cause as to why he should not be held in contempt for failure to comply with the Order filed July 18, 2014 (Doc. #10).  This order further set a date certain for a written response by the respondent.  This order was duly served by mail upon the respondent.

    5. Respondent failed to file a written response, and failed to appear at the hearing. Respondent's failure to comply with the Orders filed July 18, 2014, and October 14, 2015, continues to the present.

    6. "A court has the inherent power to punish for civil or criminal contempt any obstruction of justice relating to any judicial proceeding." Lambert v. Montana, 545 F.2d 87, 88 (9th Cir. 1976).  Petitioner has the burden of proving its prima facie case by clear and convincing proof.  Balla v. Idaho State Bd. of Corrs., 869 F.2d 461, 466 (9th Cir. 1989).

    7. By the Petition for Contempt and supporting documents, including the declaration of Michael J. Papasergia, Petitioner has met this burden.

    Based upon the foregoing, I find, order and adjudge as follows:

    A. Respondent, MICHAEL A. GAMBOA, is in civil contempt of this Court for his failure to comply with the Order filed on July 18, 2014, directing Respondent to comply with the IRS summons issued June 17, 2013, and with the Order filed October 14, 2015, ordering respondent to appear before me for the trial of his contempt.

  B. A Bench Warrant for the arrest of Respondent, MICHAEL A. GAMBOA, issued on November 13, 2015.

  C. After arrest, Respondent, MICHAEL A. GAMBOA, is to be incarcerated and brought before me for hearing on the remedies for his civil contempt.

IT IS SO ORDERED.

Dated:   November 16, 2015        _____
              SENIOR DISTRICT JUDGE