

FILED
JAN 06 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL GAMBOA,<br><br>    Defendant. | ) No. 1:14-cv-00261-AWI MJS<br>)<br>) ORDER OF RELEASE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The above named defendant having been brought before the Court for Civil Contempt hearing is released on the condition that he returns to court Monday, January 11, 2016 at 1:30P.M. before Senior District Judge Anthony W. Ishii at the United States District Courthouse, 2500 Tulare Street, Courtroom 2 on the 8th floor.

   IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

IT IS SO ORDERED

Date:  1-6-16                    _____
                                  United States Senior District Judge
                                       Anthony W. Ishii