# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL A. GAMBOA,<br><br>　　　　　Respondent. | 1:14-cv-00261-AWI-MJS<br><br>**ORDER TO DISMISS AND CLOSE CASE** |

　　Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 28, the Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:　March 15, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1